AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 MAR -8  A 11: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHARLES A. ARMSTRONG, et. al.
*Petitioner*

v.                                Case No. __2:18cv300-WKW__
                                  *(Supplied by Clerk of Court)*

WARDEN WALTER WOOD, et. al.
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Charles A. Armstrong
   (b) Other names you have used: N/A
2. Place of confinement: Montgomery, Alabama
   (a) Name of institution: Federal Prison Camp, Maxwell
   (b) Address: 1001 Maxwell Boulevard
      Montgomery, Alabama 36112
   (c) Your identification number: #21331-017
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

   _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court
       Northern District Of Florida, Panama City Division
   (b) Docket number of criminal case: 5:12-cr/3/MW/CJK
   (c) Date of sentencing: January 3, 2012
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- x☒ Other (explain): <u>The infestation of bats in the housing units and the diseases that the inmate population is and has been exposed to through the continued presence of the bats.</u>

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: <u>N/A</u>

   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   <u>N/A</u>

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. First appeal
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☐ No        N/A
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: <u>Because I am addressing the living conditions of the Bureau</u> N/A <u>Prisons facility in which I am currently housed and §2241 is the proper vehicle in which to raise such</u>

8. Second appeal
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No
                        N/A

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☐ No     N/A
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: Because I am addressing the living conditions at the Bureau of Prisons facility in which I am currently housed and §2241 is the proper vehicle with which to raise such issues

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☐ No     N/A
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes     ☐ No     N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☐ No   N/A

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because I am not challenging the conviction or the sentence, but I am raising the issue of serious health concerns due to the continued exposure to the infestation of the bats and their waste in the ceiling areas of the inmate housing areas. These bats are natural carriers of many different types of infectious diseases such as rabies, typhoid, Histoplasmosis and numerous other allergens both known and unknown.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☐ No   N/A

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No
N/A

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☐ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☐ No          N/A
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Infestation of bats in the inmate housing areas and the exposure to both known and unknown allergens that bats are carriers of.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The objective component, cruel and unusual punishment. When prison conditions create a situation that involves the safety or health of inmates then such conditions violate the Eighth Amendment prohibitions on cruel and unusual punishment. The United States Supreme Court has listed such basic human needs as food, shelter, and reasonable safety.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No    I have raised these conditions to the Warden.

**GROUND TWO:** The fact that when the Warden decided to take affirmative action, the action taken consisted of having facility inmates seal the the roof gables of the inmate housing areas. This act involves the health and safety of the inmates as they are exposed to the decomposing of the bats.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
With respect to living conditions prisoners must demonstrate unquestioned and serious deprivations of basic human needs or the minimal civilized measure of life's necessities. As the Warden has been aware of the bat infestation for some time, his actions have thus far been reckless or deliberately indifferent as he has disregarded the potentially excessive risk to the inmates health and safety.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

This issue has been presented to the Warden on several occasions.

**GROUND THREE:** The fact that the dead bats and their guana must be removed from the attic space in each of the inmate housing units and due to the risk of exposure to further potential health risks, this clean up must be performed by trained liscenced professionals While the precise nature of prolonged exposure to the known allergens and diseases that are carriers has not yet been addressed, there is a serious risk involved.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
A prisoner must be provided with shelter which does not cause his degeneration or threaten his mental and physical well being. Dangerous conditions such as fire hazards or exposure to asbestos  Exposure to animals that are known carriers of numerous diseases also create dangerous conditions. A prison shall provide safe and adequate shelter

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

This issue has been addressed with the Warden on several occasions

GROUND FOUR: The continued exposure to substandard living conditions existing in the inmate housing areas that have not properly or adequately addressed by the Warden. It is the responsibility of the Prison Officials to ensure that inmates are provided with safe and adequate shelter and the prison staff here at FPC Maxwell have failed to do so. They have continued to house inmates in potentially life threatening conditions.

(a) Supporting facts (Be brief. Do not cite cases or law.):

When prison officials know of a serious risk of a cruel or unsafe condition they must take reasonable measures to abate the risk. By simply sealing the bats inside the inmate housing areas is not the proper method of alleviating or resolving the problem. In other words it is not the cure. The prison officials has known of and disregarded the excessive risk to inmate health and safety this action is reckless and indifferent.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: THis issue has been addressed with the Warden on several occasions The subjective component, deliberate indifference. As previously stated herein the Warden and Medical staff here at FPC Maxwell have acted with complete and total indifference as to the health and safety of the inmate population. They are more concerned with the appearance of the floors in the inmate housing units than the overall health and safety of the inmates.

### Request for Relief

15. State exactly what you want the court to do: That this Honorable Court issue an order of closure for this facility and the placement of the inmates to more suitable housing until such time that the issues at hand are resolved in a manner that is consistent with at least the minimum civilized measure of life's necessities. The Warden and the Medical Staff here at FPC Maxwell have known of the existing problem with sufficient enough time to have taken care of the major problem, the evacuation of the inmate population to more suitable housing arrangements. This is the same standard of recklessness that is used in criminal law and is is sometimes called the subjective approach to recklessness. Since the prison officials have been aware of the conditions that are objectively cruel and have failed to remedy them they are deliberately indifferent. An official who has knowledge of a serious risk or a cruel condition mus take reasonable measures to abate it. Even though prison officials respond reasonably to the risk they may be liable if their actions are not adequate given the known risk or if they give inconsequential logistical concerns that might be no more than matters of convenience hogher priority than the prisoner's basic human needs. The United States Supreme Court has concluded that prisoners can sue under the Eighth Amendment for harm that isnot impending, the Court stated that the serious damage to prisoners' future health is actionable under the Eighth Amendment. The harm does not have to be easily preventable the Court held that prison officials must do what is reasonable, not what is easy. This action is being instigated against the knowing acquiescence in the unconstitutional behavior of the prison officials in the continued existence of prison conditions which, themselves are so injurious to prisoners that they amount to a constitutional violation. By sealing live bats in the roof space of the inmate housing units and as a result the bats have died, prison officials have created unsanitary, unhealthy conditions for the inmate population See attached memorandum in support.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

March 4, 2018

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: March 4, 2018

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Charles A. Armstrong #21331-017
Federal Prison Camp
Maxwell Air Force Base
1001 Maxwell Boulevard
Montgomery, Alabama 36112



Montgomery P&DC 360
WED 07 MAR 2018 PM

Clerk Of Court
One Church Street, Suite B-110
Montgomery, Alabama 36104