IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2018 MAR 27 P II: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MICHAEL BRYANT #54559-004

v                                           CASE NO: 2:18-CV-300-WKW

WALTER WOODS


MOTION TO APPOINT COUNSEL

COMES NOW MICHAEL BRYANT, PRO SE, in the above titled cause of action, as a layman seeking this Honorable Court to appoint him counsel to represent him on his Bivens Civil Rights Action which was filed on March 4, 2018.

Pursuant to Title 18 U.S.C. §3006A this Honorable Court has both the jurisdiction and discretionary authority to appoint counsel to represent Petitioner in this ancillary matter;

A person for whom counsel is appointed shall be represented at every stage of the proceedings from his/her initial appearance before the magistrate judge of the Court through appeal, including ancillary matters and appropriate proceedings. 18 U.S.C. §3006A(c)

Petitioner asks this Honorable Court to Appoint him conflict free counsel with experience in the aforementioned and pleaded matter, from either the Federal Public Defenders Office or pursuant to the Criminal Justice Act's Pro Bono Attorney Pool.

Rule 44(a) of the Federal Rules directs the Court to appoint counsel where: Defendant who is unable to obtain counsel is entitled to have counsel appointed, unless the defendant waives this right (Federal Rules Of Criminal Procedure Rule 44(a)) The assistance of counsel is guaranteed by the Sixth Amendment to the

(1)

Constitution of the United States of America.

CERTIFICATE OF SERVICE

AS a Federal Prisoner and pro se defendant currently held at the Federal Prison Camp in Montgomery, Alabama; I aver under the penalty of perjury that by first class postage I placed this motion in the prison camp authorities mailing system this 25 day of March 2018.

x /s/ Michael Bryant

Michael Bryant #54559-004

Federal Prison Camp

Maxwell Air Force Base

1001 Maxwell Boulevard

Montgomery, Alabama 36112

(2)

54559-004
Michael Bryant
1001 Willow ST
FPC
Maxwell AFB, AL 36112
United States

MONTGOMERY AL 360
26 MAR 2018 PM 3 L

USA FOREVER

THE CLERK OF COURT
one church street suite B-110
Montgomery, AL 36104

36104-401801